**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JAMES LOUIS BURDEN,                         ) NO. CV 07-06431 GAF (SS)
                                            )
                    Petitioner,             )
                                            ) **JUDGMENT**
          v.                                )
                                            )
DOMINGO URIBE, JR., Acting Warden,)
                                            )
                    Respondent.             )
_____)

     Pursuant to the Court's Order Modifying and Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 9, 2010

                              _____
                              GARY A. FEESS
                              UNITED STATES DISTRICT JUDGE